# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | Case No.: 1:14-cv-01026 LJO  JLT |
| Plaintiff, | |
| v. | ORDER AFTER NOTICE OF SETTLEMENT |
| GHALEB JOUDA, Trustee of the JOUDA FAMILY TRUST, et al., | (Doc. 8) |
| Defendants. | |

On September 3, 2014, Plaintiff notified the Court that the parties had reached a settlement of the matter. (Doc. 8)  Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The stipulated request for dismissal **SHALL** be filed no later than **October 8, 2014**;
2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated:   **September 4, 2014**           /s/ Jennifer L. Thurston
                                                                UNITED STATES MAGISTRATE JUDGE

1