# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD MOORE,** | **1:14-cv-1026-LJO-JLT** |
| Plaintiff, | **ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (DOC. 10)** |
| v. | |
| **GHALEB JOUDA, et al.,** | |
| Defendants. | |

On September 11, 2014, Ronald Moore ("Plaintiff") filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 10 at 1. Plaintiff requests that the Court issue an order dismissing his entire complaint with prejudice.

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court:

   1. DISMISSES with prejudice this entire action and all claims;
   2. VACATES all pending dates and matters; and
   3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

   Dated:   **September 15, 2014**         /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1